IN THE UNITED STATES DISTRICT COURT FILED IN OPEN COURT.
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DATE: ___10-5-5___

TIME: ___10:28-AM___

INITIALS: ___C___

UNITED STATES OF AMERICA

v.

SHANNON SHIELDS                                     04cr20254-2-D

---

## SUPERSEDING INDICTMENT
## ORDER ON ARRAIGNMENT

---

This cause came to be heard on ___10-05·05___ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME___Jake Erwin___ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_____The defendant, who is not in custody, may stand on his present bond.
__✓__The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal. ─────

___S. Thomas Anderson___
UNITED STATES MAGISTRATE JUDGE

CHARGES - 18:1201(a) KIDNAPPING
(1) 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN

Attorney assigned to Case: T. Arvin

Age: 24

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___10-6-05___

220

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 220 in case 2:04-CR-20254 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT